**William AIKEN and Disability Advocates, Inc. on behalf of all present and future patients of the Capital District Psychiatric Center who are subject to unlawful strip searches and body cavity searches Plaintiffs–Appellees,**

v.

**Jesse NIXON, Jr., in his official capacity as Director of the Capital District Psychiatric Center and individually, Capital District Psychiatric Center, a**

public entity, Gail Bellinger–Alleman, Thomas Deseve, Jay Edmond Harper, Richard Monte, Jo Diblasio, and Jeff Glebba, in their official capacities and individually and Kathleen Kavanaugh, individually, Defendants–Appellants,

No. 02–9288.

United States Court of Appeals, Second Circuit.

Nov. 10, 2003.

Andrea Oser, Assistant Attorney General (Daniel Smirlock, Deputy Solicitor General, Eliot Spitzer, Attorney General of the State of New York on the brief), Office of the Attorney General of the State of New York, Albany, NY, for Appellants, of counsel.

Cliff Zucker, Disability Advocates, Inc., Albany, NY, for Appellees.

Present: WINTER, CABRANES and SACK, Circuit Judges.

## SUMMARY ORDER

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of the District Court is hereby **AFFIRMED.**

Defendants appeal from an Opinion and Order of the United States District Court for the Northern District of New York (Thomas J. McAvoy, *Judge*) denying defendants' motion to dismiss plaintiffs' claims for injunctive relief as barred by the Eleventh Amendment.

Substantially for the reasons stated in the District Court's opinion, we agree with the District Court that, under the doctrine of *Ex parte Young,* 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908), plaintiffs' claims are not barred by the Eleventh Amendment, because the complaint alleges an ongoing violation of federal law and seeks prospective relief.

We have considered all of defendants' claims on appeal and we hereby **AFFIRM** the judgment of the District Court.